NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CITIGROUP, INC., and Subsidiaries, including Citibank, N.A. as successor in interest to Glendale Federal Bank, FSB,**
*Plaintiff-Cross-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2024-1413, 2024-1465

---

Appeals from the United States Court of Federal Claims in No. 1:15-cv-00953-EGB, Senior Judge Eric G. Bruggink.

---

## O R D E R

The parties submit a joint stipulation to dismiss these appeals with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The court generally does not specify whether a dismissal of an appeal is with prejudice.

Upon consideration thereof,

2                                                           CITIGROUP, INC. v. US

IT IS ORDERED THAT:

(1) The appeals are dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 23, 2024
Date

ISSUED AS A MANDATE: May 23, 2024